UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD WILLIAMS,

       Petitioner,

v.                                               Case No. 02-73623

MICHIGAN DEPARTMENT OF          HONORABLE AVERN COHN
CORRECTIONS,

       Respondent.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

      This is a habeas case under 28 U.S.C. § 2254.  Richard Williams ("Petitioner")

was convicted of car jacking, fleeing and eluding a police officer, and felonious assault.

He was paroled on April 20, 2006 and is currently under the supervision of the Michigan

Department of Corrections while living in Columbus, Ohio.  Petitioner filed a pro se

petition for a writ of habeas corpus.  Petitioner claimed a violation of Michigan's Criminal

Procedure Extradition Act, that he was denied the effective assistance of counsel, and

that his rights were violated when a police officer shot him in the head in following a

vehicular pursuit and law enforcement conspired to cover up the circumstances

surrounding the shooting.  The Court found the petition barred by the statute of

limitations.  See Memorandum and Order Denying Petition for Writ of Habeas Corpus,

filed May 31, 2007.

      Before the Court is Petitioner's motion for reconsideration.  A motion for

reconsideration which presents issues already ruled upon by the court, either expressly

or by reasonable implication, will not be granted.  *See Hence v. Smith*, 49 F. Supp. 2d

547, 550 (E.D. Mich. 1999).  As explained in the Memorandum and Order, Petitioner's

petition is time-barred.  Petitioner has not met his burden of showing a palpable defect

by which the Court has been misled or his burden of showing that a different disposition

must result from a correction thereof, as required by Local Rule 7.1(g)(3).

Accordingly, Petitioner's motion is DENIED.

SO ORDERED.


 s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE


Dated:  June 13, 2007


I hereby certify that a copy of the foregoing document was mailed to the attorneys of
record and Richard Williams, 370122, 2522 Arborview Drive, Columbus, OH 43229
on this date, June 13, 2007, by electronic and/or ordinary mail.


 s/Julie Owens
Case Manager, (313) 234-5160